# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, *on behalf of herself and all others similarly situated*<br><br>                              Plaintiff,<br><br>vs.<br><br>COMENITY BANK, *et al.*<br><br>                              Defendants. | Case No. 12CV2484-MMA-BGS<br><br>**ORDER VACATING DATES AND SETTING DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[Doc. No. 36] |

On October 15, 2013, Plaintiff Carrie Couser filed a notice of class settlement. Plaintiff requests that the Court vacate pending dates and set a deadline for filing a motion for preliminary approval of class settlement. In light of the notice of settlement, the Court **VACATES** pending dates. Plaintiff shall file the a motion for preliminary approval of class settlement no later than ***December 16, 2013***.

**IT IS SO ORDERED.**

DATED: October 16, 2013

*[signature]*

Hon. Michael M. Anello
United States District Judge