# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>COMENITY BANK, *et al.*<br>           Defendant. | Case No.:  3:12-cv-02484-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[Doc. No. 38] |

Having considered the Parties' joint motion, the Court **GRANTS** the joint motion. Accordingly, the Court hereby **ORDERS** that Plaintiff shall file a motion for preliminary approval of class settlement no later than ***January 24, 2014***.  Prior to filing the motion for preliminary approval of class settlement, Plaintiff shall contact the undersigned's chambers for a hearing date.

     **IT IS SO ORDERED.**

Dated:  November 25, 2013

                                                       Hon. Michael M. Anello
                                                       United States District Judge