1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17

| | |
|---|---|
| CARRIE COUSER, *on behalf of herself and all others similarly situated*<br><br>                                    Plaintiff,<br><br>        vs.<br><br><br>COMENITY BANK, *et al.*<br><br>                                    Defendants. | Case No. 12CV2484-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[Doc. No. 40] |

18
19
20
21
22
23

        Having considered the Parties' joint motion, the Court **GRANTS** the joint motion.  Accordingly, the Court hereby **ORDERS** that the deadline for Plaintiff to file a motion for preliminary approval of class settlement is ***February 28, 2014***. Prior to filing the motion for preliminary approval of class settlement, Plaintiff must obtain a hearing date from the undersigned's chambers.

24

        **IT IS SO ORDERED.**

25
26

DATED:  January 23, 2014

27

Hon. Michael M. Anello
United States District Judge

28