# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, *on behalf of herself and all others similarly situated*<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY BANK, *et al.*<br><br>Defendants. | Case No. 12CV2484-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[Doc. No. 42] |

Having considered the Parties' joint motion and for good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court hereby **ORDERS** that the deadline for Plaintiff to file a motion for preliminary approval of class settlement is now ***May 16, 2014***. Prior to filing the motion for preliminary approval of class settlement, Plaintiff must obtain a hearing date from the undersigned's chambers.

**IT IS SO ORDERED.**

DATED: February 21, 2014

Hon. Michael M. Anello
United States District Judge

- 1 -