# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, *on behalf of herself and all others similarly situated*<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>COMENITY BANK, *et al.*<br>　　　　　　　　　　Defendants. | Case No. 12CV2484-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[Doc. No. 44] |

The parties jointly move for an extension of time for Plaintiff to file a motion for preliminary approval of class settlement. Having considered the joint motion and for good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to file a motion for preliminary approval of class settlement is now ***July 28, 2014***. Plaintiff must obtain a hearing date from the undersigned's chambers prior to filing the motion.

**IT IS SO ORDERED.**

DATED: May 12, 2014

*/s/ Michael M. Anello*
Hon. Michael M. Anello
United States District Judge

- 1 -