**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE COUSER, *on behalf of herself and all others similarly situated* <br><br> Plaintiff, <br><br> vs. <br><br> COMENITY BANK, *et al.* <br><br> Defendants. | Case No. 12CV2484-MMA-BGS <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** <br><br> [Doc. No. 48] |

The parties jointly move for an extension of time for Plaintiff to file a motion for preliminary approval of class settlement. Having considered the joint motion and for good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to file a motion for preliminary approval of class settlement is now ***September 5, 2014.***

Prior to filing the motion, Plaintiff must obtain a hearing date from the undersigned's chambers.

**IT IS SO ORDERED.**

DATED: July 21, 2014

Hon. Michael M. Anello
United States District Judge

- 1 -