# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, *on behalf of herself and all others similarly situated*<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY BANK, *et al.*<br><br>Defendants. | Case No. 12CV2484-MMA-BGS<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>[Doc. No. 50] |

Plaintiff seeks leave to file excess pages regarding her motion for preliminary approval of class action settlement pursuant to Civil Local Rule 7.1.h.  The Court **GRANTS** the ex parte motion and **ORDERS** that Plaintiff's memorandum of points and authorities in support of her Motion for Preliminary Approval of Class Action Settlement and Certification for Settlement Class shall not exceed twenty-eight (28) pages.

**IT IS SO ORDERED.**

DATED:  September 2, 2014

*[signature]*

Hon. Michael M. Anello
United States District Judge

- 1 -