
**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

Attorneys for the Plaintiff and Proposed Settlement Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARRIE COUSER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>PLAINTIFF,<br><br>V.<br><br>**COMENITY BANK,**<br><br>DEFENDANT. | **Case No.: 12-CV-02484-MMA-BGS**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE**: October 6, 2014<br>**TIME**: 2:30 p.m.<br>**CRTRM**: 3A<br>**JUDGE**: Hon. Michael M. Anello<br><br>[Declaration of Joshua B. Swigart; Declaration of Abbas Kazerounian; Declaration of Todd M. Friedman; Declaration of Carrier Couser; Declaration of Patrick M. Passarella.] |

(Kazerouni Law Group, APC — Costa Mesa, California)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Carrie Couser ("Plaintiff") in the action entitled *Couser v. Comenity Bank et al.*, 3:12-cv-02484-MMA-BGS, pending in the United States District Court for the Southern District of California, files this Notice of Motion and Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.

Pursuant to Fed. R. Civ. P. 23, Plaintiff in this action requests that the Court preliminarily approve the parties' Class Action Settlement Agreement and enter the Preliminary Approval Order submitted with this motion. Plaintiff will move for Preliminary Approval of Class Action Settlement on October 6, 2014 at 2:30 p.m. before the Hon. Michael M. Anello in Courtroom 3A of the United State District Court located at 221 West Broadway, San Diego, California.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Dated: September 5, 2014                                          Respectfully submitted,

                                                                                       **KAZEROUNI LAW GROUP, APC**

                                                                                       By: /s Abbas Kazerounian
                                                                                              ABBAS KAZEROUNIAN, ESQ.
                                                                                              ATTORNEY FOR PLAINTIFF

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff*

Kazerouni Law Group, APC
Costa Mesa, California

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*