# PLAINTIFF'S EXHIBIT 4

TCPA Class Action Settlement Matrix

_____

*In The Case Of*

*Carrie Couser, On Behalf of Herself and All Others Similarly Situated*

*v.*

*Comenity Bank et al.*

*3:12-CV-02484-MMA-BGS*

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, SUITE D1, COSTA MESA, CALIFORNIA 92626**
**(800) 400-6808**

Exhibit 4

| Case | Approval dates | Class Size | Settlement amount | Claims Rate |
|---|---|---|---|---|
| *Rose v. Bank of America Corporation*, No. 5:11-cv-02390-EJD (PSG) (N.D. Cal. 2013)<br><br>Judge Edward J. Davila | Motion for final approval filed February 19, 2014 | Notice was given to more than 6.9 million class members | Fund:  Common fund of $32,083,905.00 (no reversion) | Claims Rate:  Approx. 3% through the filing of the motion for final approval |
| *Connor v. JPMorgan Chase Bank, N.A.*, No. 10-cv-01284 (S.D. Cal. 2010) | Final approval: May 30, 2014 | Group 1:  1,718,866 cell phone numbers<br><br>Group 2:  Newly discovered additional 1,303,122 potential class members, as of the date of motion for preliminary approval | Group 1 Fund:  $7-9 million<br><br>Group 2 Fund:  Additional $4,428,637 | Group 1 Claims Rate: Approx. 4.7%<br><br>Group 2 Claims Rate: Unknown as of motion filing |
| *Malta v. Freddie Mac & Wells Fargo Home Mortgage, Inc.*, No. 10-CV-1290 (S.D. Cal. 2010)<br><br>Judge Roger Benitez | Final approval:  June 21, 2013 | 4,373,960 class members | Fund:  Claims made settlement for a total value of 17,078,324 | Claims Rate:  Approx. 3% |
| *Ellison v. Steve Madden, Ltd.*, No. 11-cv-05935 (C.D. Cal. 2011)<br><br>Judge Philip S. Gutierrez | Final approval:  May 7, 2013 | Approximately 203,254 class members | Fund:  $10 million; but payout capped at $150 per claimant or a pro rata share | Claims Rate:  Approx. 7% |
| *Adams v. AllianceOne Receivables Management, Inc., et al.*, No. 08-cv-00248 (S.D. Cal. 2008)<br><br>Judge John A. Houston | Final approval: September 28, 2012; objectors not dismissed until 2013 | Approximately 5,627,963 class members | Fund:  Max of $9 million | Claims Rate:  Approx. 1% |

Exhibit 4