Charmain Alicer Abrazado
43437 Fremont Boulevard
Fremont, CA 94538-6035
# 510-573-3376
# 408-829-9301



**FILED**
Dec 01 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ valeriem   DEPUTY

US Clerk of the Court
US District Court
Southern District Court of California
221 West Broadway, # 3130
San Diego, CA 92101

NUNC PRO TUNC
11/25/2014

Kazerouni Law Group APC
Abbas Kazerounian, Esq.
245 Fischer Avenue, #D1
Costa Mesa, CA 92626

Carlson & Messer, LLP
David J Kaminski, Esq.
5959 West Century Boulevard, #1214
Los Angeles, CA 90045

To whom it may concern,                                November 14, 2014

    Hello. My name is Charmain Alicer Abrazado. I'm a US Veteran of the US Coast Guard with health conditions. I'm also a student with University of Phoenix studying for my Bachelor of Science in Management. I've recently received a claim for Couser V. Comenity Bank, Case # 3:12-cv-02484-MMA-BGS, Claim # CYC-10016421301-3276769, for calls being made on my cellular phone # 408-829-9301 without my permission. Throughout August 1, 2010 to May 26, 2014 I believe Comenity Bank has contacted me on my cell phone to attempt to collect a debt using an automatic phone dialing system or APDS. During that time I've been in alot economic turmoil such as filing for Chapter 7 Bankruptcy for a fresh start. I've undergone alot of stress and pressure due to financial hardship and other personal issues.

As an objection of settlement, I would like to request for the maximum of $500 to $1,500 or more considering that I'm unemployed with no taxable income. I'm currently going through a financial meltdown. I've previously lived in my car and is homeless. I'm residing with relatives for the time being. Also, I will not be attending the fairness hearing and is being represented by Joseph Angelo from Sagaria Law PC, 333 West San Carlos Street #1700 San Jose, CA 95110, JAngelo@SagariaLaw.com, or #408-426-4753.

Sincerely,

*(signature)*

Charmain Alicer Abrazado        11-14-2014

Cummulai Areeen Abukano
45457 Fremont Bwo.
Fremont, CA 94538

OAKLAND CA 945
14 NOV 2014 PM 8 L

9210 1857 380

US Clerk of the Court
US District Court
Southern District Court of CA
221 W. Broadway, #3135
San Diego, CA 92101