# PLAINTIFF'S EXHIBIT A

National Law Journal 2012 Billing Survey

---

*In The Case Of*

***Carrie Couser, Individually and On Behalf of All Others Similarly Situated***
***v.***
***Comenity Bank***

***12-CV-02482-MMA-BGS***

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, SUITE D1, COSTA MESA, CALIFORNIA 92626**
**(800) 400-6808**



Copyright © ALM Media Properties, LLC. All rights reserved.

**2012 NLJ Billing Survey**

| Year | Firm Name | Location | Average FTE Attorneys | Firmwide Billing Rate High | Firmwide Billing Rate Low | Firmwide Billing Rate Med | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Med | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Med | NLJ Billing Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | **Adams and Reese** | New Orleans | 267 | $595.00 | $120.00 | $320.00 | $595.00 | $275.00 | $375.00 | $305.00 | $175.00 | $250.00 | 2012 NLJ Billing Survey | |
| 2012 | **Best Best & Krieger** | Riverside, CA | 191 | $625.00 | $225.00 | $390.00 | $625.00 | $310.00 | $435.00 | $390.00 | $225.00 | $250.00 | 2012 NLJ Billing Survey | |
| 2012 | **Brinks Hofer Gilson & Lione** | Chicago | 135 | $835.00 | $105.00 | $385.00 | $835.00 | $325.00 | $560.00 | $460.00 | $190.00 | $325.00 | 2012 NLJ Billing Survey | |
| 2012 | **Bryan Cave** | St. Louis | 884 | $795.00 | $200.00 | $480.00 | $795.00 | $390.00 | $553.00 | $550.00 | $200.00 | $373.00 | 2012 NLJ Billing Survey | |
| 2012 | **Butzel Long** | Detroit | 140 | $750.00 | $210.00 | $313.00 | $750.00 | $290.00 | $363.00 | $425.00 | $210.00 | $234.00 | 2012 NLJ Billing Survey | |
| 2012 | **Cozen O'Connor** | Philadelphia | 503 | $970.00 | $235.00 | $440.00 | $970.00 | $320.00 | $513.00 | $575.00 | $235.00 | $345.00 | 2012 NLJ Billing Survey | |
| 2012 | **Dickinson Wright** | Detroit | 254 | | | | $585.00 | $285.00 | | $280.00 | $205.00 | | 2012 NLJ Billing Survey | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

888-770-5647
www.alm.com

Exhibit A

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | **Dickstein Shapiro** | Washington | 343 | $1250.00 | $210.00 | $580.00 | $1250.00 | $560.00 | $700.00 | $570.00 | $235.00 | $460.00 | 2012 NLJ Billing Survey | |
| 2012 | **Dinsmore & Shohl** | Cincinnati | 412 | $650.00 | $130.00 | $310.00 | $650.00 | $180.00 | $380.00 | $325.00 | $130.00 | $225.00 | 2012 NLJ Billing Survey | |
| 2012 | **DLA Piper** | New York | 3746 | $1200.00 | $105.00 | $635.00 | $1200.00 | $550.00 | $775.00 | $760.00 | $335.00 | $530.00 | 2012 NLJ Billing Survey | |
| 2012 | **Dorsey & Whitney** | Minneapolis | 531 | $835.00 | $200.00 | $410.00 | $835.00 | $305.00 | $525.00 | $420.00 | $200.00 | $275.00 | 2012 NLJ Billing Survey | |
| 2012 | **Dykema Gossett** | Chicago | 331 | $685.00 | $130.00 | $415.00 | $675.00 | $395.00 | $505.00 | $465.00 | $235.00 | $305.00 | 2012 NLJ Billing Survey | |
| 2012 | **Epstein Becker & Green** | New York | 275 | $750.00 | $215.00 | $435.00 | $750.00 | $330.00 | $535.00 | $455.00 | $215.00 | $330.00 | 2012 NLJ Billing Survey | |
| 2012 | **Fisher & Phillips** | Atlanta | 237 | $565.00 | $215.00 | $410.00 | $565.00 | $350.00 | $430.00 | $395.00 | $215.00 | $305.00 | 2012 NLJ Billing Survey | |
| 2012 | **Foley & Lardner** | Milwaukee | 874 | $875.00 | $200.00 | $495.00 | $875.00 | $390.00 | $570.00 | $605.00 | $200.00 | $370.00 | 2012 NLJ Billing Survey | |
| 2012 | **Fox Rothschild** | Philadelphia | 471 | $795.00 | $200.00 | $435.00 | $760.00 | $340.00 | $500.00 | $480.00 | $200.00 | $310.00 | 2012 NLJ Billing Survey | |
| 2012 | **Frost Brown Todd** | Cincinnati | 393 | $525.00 | $150.00 | $295.00 | $525.00 | $205.00 | $350.00 | $275.00 | $150.00 | $205.00 | 2012 NLJ Billing Survey | |
| 2012 | **Gardere Wynne Sewell** | Dallas | 242 | $795.00 | $230.00 | $485.00 | $795.00 | $395.00 | $565.00 | $525.00 | $235.00 | $350.00 | 2012 NLJ Billing Survey | |
| 2012 | **Gibbons** | Newark, NJ | 200 | $815.00 | $285.00 | $450.00 | $815.00 | $395.00 | $500.00 | $450.00 | $285.00 | $320.00 | 2012 NLJ Billing Survey | |
| 2012 | **Harris Beach** | Rochester, NY | 189 | $625.00 | $175.00 | $350.00 | $625.00 | $285.00 | $400.00 | $350.00 | $175.00 | $250.00 | 2012 NLJ Billing Survey | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

888-770-5647
www.alm.com

Exhibit A

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | **Hiscock & Barclay** | Syracuse, NY | 165 | $650.00 | $175.00 | $361.00 | $650.00 | $235.00 | $441.00 | $275.00 | $175.00 | $225.00 | 2012 NLJ Billing Survey | |
| 2012 | **Hogan Lovells** | Washington | 2253 | $1200.00 | $230.00 | $625.00 | $1200.00 | $545.00 | $750.00 | $655.00 | $310.00 | $465.00 | 2012 NLJ Billing Survey | |
| 2012 | **Holland & Hart** | Denver | 394 | $695.00 | $180.00 | $360.00 | $695.00 | $275.00 | $420.00 | $400.00 | $180.00 | $268.00 | 2012 NLJ Billing Survey | |
| 2012 | **Holland & Knight** | Washington | 908 | $985.00 | $200.00 | $490.00 | $985.00 | $315.00 | $560.00 | $575.00 | $200.00 | $310.00 | 2012 NLJ Billing Survey | |
| 2012 | **Husch Blackwell** | St. Louis | 520 | $890.00 | $185.00 | $355.00 | $890.00 | $240.00 | $405.00 | $445.00 | $185.00 | $235.00 | 2012 NLJ Billing Survey | |
| 2012 | **Kelley Drye & Warren** | New York | 303 | $950.00 | $285.00 | $550.00 | $950.00 | $450.00 | $660.00 | $600.00 | $285.00 | $450.00 | 2012 NLJ Billing Survey | |
| 2012 | **Knobbe Martens Olson & Bear** | Irvine, CA | 265 | $760.00 | $120.00 | $380.00 | $760.00 | $425.00 | $525.00 | $420.00 | $295.00 | $330.00 | 2012 NLJ Billing Survey | |
| 2012 | **Lathrop & Gage** | Kansas City, MO | 290 | $595.00 | $175.00 | $355.00 | $595.00 | $285.00 | $410.00 | $385.00 | $205.00 | $245.00 | 2012 NLJ Billing Survey | |
| 2012 | **Lewis and Roca** | Phoenix | 183 | $725.00 | $225.00 | $470.00 | $725.00 | $410.00 | $520.00 | $450.00 | $225.00 | $330.00 | 2012 NLJ Billing Survey | |
| 2012 | **Locke Lord** | Dallas | 540 | $1285.00 | $265.00 | $560.00 | $1285.00 | $455.00 | $655.00 | $600.00 | $265.00 | $400.00 | 2012 NLJ Billing Survey | |
| 2012 | **McAfee & Taft** | Oklahoma City | 183 | $500.00 | $165.00 | $335.00 | $500.00 | $250.00 | $375.00 | $265.00 | $165.00 | $215.00 | 2012 NLJ Billing Survey | |
| 2012 | **McDonald Hopkins** | Cleveland | 128 | $600.00 | $185.00 | $380.00 | $595.00 | $310.00 | $440.00 | $370.00 | $185.00 | $270.00 | 2012 NLJ Billing Survey | |
| 2012 | **McElroy, Deutsch, Mulvaney & Carpenter** | Morristown, NJ | 286 | $575.00 | $190.00 | $300.00 | $575.00 | $300.00 | $385.00 | $325.00 | $190.00 | $255.00 | 2012 NLJ Billing Survey | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

Exhibit A

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | **McKenna Long & Aldridge** | Atlanta | 424 | $830.00 | $215.00 | $455.00 | $830.00 | $375.00 | $550.00 | $560.00 | $215.00 | $395.00 | 2012 NLJ Billing Survey | |
| 2012 | **Michael Best & Friedrich** | Milwaukee | 196 | $650.00 | $210.00 | $380.00 | $650.00 | $245.00 | $425.00 | $350.00 | $210.00 | $265.00 | 2012 NLJ Billing Survey | |
| 2012 | **Miles & Stockbridge** | Baltimore | 213 | $700.00 | $230.00 | $405.00 | $700.00 | $320.00 | $460.00 | $350.00 | $230.00 | $300.00 | 2012 NLJ Billing Survey | |
| 2012 | **Miller & Martin** | Chattanooga, TN | 169 | $630.00 | $180.00 | $340.00 | $630.00 | $250.00 | $385.00 | $285.00 | $185.00 | $225.00 | 2012 NLJ Billing Survey | |
| 2012 | **Nelson Mullins Riley & Scarborough** | Columbia, SC | 414 | $850.00 | $80.00 | $330.00 | $850.00 | $230.00 | $420.00 | $370.00 | $160.00 | $258.00 | 2012 NLJ Billing Survey | |
| 2012 | **Patton Boggs** | Washington | 491 | $990.00 | $170.00 | $550.00 | $990.00 | $425.00 | $665.00 | $570.00 | $240.00 | $435.00 | 2012 NLJ Billing Survey | |
| 2012 | **Perkins Coie** | Seattle | 747 | $910.00 | $220.00 | $485.00 | $910.00 | $290.00 | $560.00 | $605.00 | $220.00 | $365.00 | 2012 NLJ Billing Survey | |
| 2012 | **Polsinelli Shughart** | Kansas City, MO | 503 | $650.00 | $210.00 | $350.00 | $650.00 | $300.00 | $390.00 | $325.00 | $210.00 | $260.00 | 2012 NLJ Billing Survey | |
| 2012 | **Rutan & Tucker** | Costa Mesa, CA | 144 | $650.00 | $200.00 | | $650.00 | $340.00 | | $425.00 | $200.00 | | 2012 NLJ Billing Survey | |
| 2012 | **Saul Ewing** | Philadelphia | 219 | $800.00 | $225.00 | $450.00 | $800.00 | $335.00 | $500.00 | $510.00 | $225.00 | $310.00 | 2012 NLJ Billing Survey | |
| 2012 | **Schulte Roth & Zabel** | New York | 371 | $995.00 | $125.00 | $605.00 | $995.00 | $785.00 | $895.00 | $705.00 | $295.00 | $585.00 | 2012 NLJ Billing Survey | |
| 2012 | **Sedgwick** | San Francisco | 343 | $420.00 | $157.00 | $299.00 | $587.00 | $189.00 | $361.00 | $420.00 | $157.00 | $260.00 | 2012 NLJ Billing Survey | |
| 2012 | **Shumaker, Loop & Kendrick** | Toledo, OH | 219 | $570.00 | $180.00 | $375.00 | $570.00 | $280.00 | $390.00 | $325.00 | $210.00 | $255.00 | 2012 NLJ Billing Survey | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

Exhibit A

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | **Shutts & Bowen** | Miami | 212 | $635.00 | $190.00 | $380.00 | $635.00 | $250.00 | $415.00 | $370.00 | $190.00 | $263.00 | 2012 NLJ Billing Survey | |
| 2012 | **Stoel Rives** | Portland, OR | 374 | $655.00 | $200.00 | $400.00 | $655.00 | $300.00 | $463.00 | $435.00 | $200.00 | $276.00 | 2012 NLJ Billing Survey | |
| 2012 | **Strasburger & Price** | Dallas | 212 | $649.36 | $189.65 | $397.00 | $649.00 | $213.00 | $402.00 | $385.00 | $190.00 | $243.00 | 2012 NLJ Billing Survey | |
| 2012 | **Sullivan & Worcester** | Boston | 144 | $900.00 | $320.00 | $570.00 | $900.00 | $500.00 | $670.00 | $540.00 | $320.00 | $430.00 | 2012 NLJ Billing Survey | |
| 2012 | **Thompson & Knight** | Dallas | 291 | $900.00 | $260.00 | $530.00 | $900.00 | $440.00 | $595.00 | $480.00 | $260.00 | $365.00 | 2012 NLJ Billing Survey | |
| 2012 | **Thompson Coburn** | St. Louis | 309 | $750.00 | $200.00 | | $750.00 | $330.00 | | $460.00 | $200.00 | | 2012 NLJ Billing Survey | |
| 2012 | **Ulmer & Berne** | Cleveland, OH | 178 | $615.00 | $195.00 | $350.00 | $615.00 | $265.00 | $420.00 | $395.00 | $195.00 | $295.00 | 2012 NLJ Billing Survey | |
| 2012 | **Winstead** | Dallas | 258 | $645.00 | $215.00 | $410.00 | $645.00 | $375.00 | $475.00 | $425.00 | $215.00 | $320.00 | 2012 NLJ Billing Survey | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**



Copyright © ALM Media Properties, LLC. All rights reserved.

| Fiscal Year | Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Average | Partner Billing Rate Average | Firmwide Billing Rate Average | Associate Billing Rate Med | Partner Billing Rate Med |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | **Andrews Kurth** | Houston | | | | | | | | | |
| 2011 | **Baker, Donelson, Bearman, Caldwell &** | Memphis | $595.00 | $250.00 | $315.00 | $160.00 | $228.00 | $357.00 | $311.00 | 225 | 345 |
| 2011 | **Best Best & Krieger** | Riverside, CA | $575.00 | $275.00 | $375.00 | $205.00 | $265.00 | $417.00 | $358.00 | 240 | 420 |
| 2011 | **Bingham McCutchen** | Boston | | | | | | | | | |
| 2011 | **Briggs and Morgan** | Minneapolis | $625.00 | $325.00 | $305.00 | $230.00 | | | | | |
| 2011 | **Broad and Cassel** | Orlando | $575.00 | $295.00 | $350.00 | $180.00 | $265.00 | $435.00 | $377.00 | 265 | 395 |
| 2011 | **Bryan Cave** | St. Louis | $795.00 | $375.00 | $540.00 | $200.00 | $356.00 | $565.00 | $475.00 | 360 | 553 |
| 2011 | **Butzel Long** | Detroit | $700.00 | $325.00 | $425.00 | $225.00 | $274.00 | $440.00 | | | |
| 2011 | **Cadwalader, Wickersham & Taft** | New York | | | | | | | | | |
| 2011 | **Carlton Fields** | Tampa | $815.00 | $320.00 | $380.00 | $195.00 | $262.00 | $470.00 | $397.00 | 265 | 470 |
| 2011 | **Cozen O'Connor** | Philadelphia | $900.00 | $305.00 | $550.00 | $225.00 | $330.00 | $510.00 | $439.00 | 330 | 490 |
| 2011 | **Day Pitney** | Parsippany | $960.00 | $380.00 | $470.00 | $235.00 | $317.00 | $537.00 | $447.00 | 315 | 525 |
| 2011 | **Dickinson Wright** | Detroit | $600.00 | $325.00 | $320.00 | $200.00 | | | | | |
| 2011 | **Dickstein Shapiro** | Washington | $1000.00 | $540.00 | $545.00 | $225.00 | $435.00 | $680.00 | $560.00 | 465 | 670 |
| 2011 | **Dinsmore & Shohl** | Cincinnati | $630.00 | $150.00 | $310.00 | $130.00 | $217.00 | $373.00 | $308.00 | 220 | 370 |
| 2011 | **DLA Piper** | New York | $1120.00 | $530.00 | $730.00 | $320.00 | $508.00 | $747.00 | $585.00 | 510 | 730 |
| 2011 | **Dorsey & Whitney** | Minneapolis | $810.00 | $295.00 | $465.00 | $190.00 | $294.00 | $526.00 | $426.00 | 275 | 525 |
| 2011 | **Duane Morris** | Philadelphia | $875.00 | $375.00 | $530.00 | $225.00 | $365.00 | $575.00 | $503.00 | 365 | 570 |
| 2011 | **Dykema Gossett** | Detroit | $665.00 | $310.00 | $395.00 | $260.00 | $309.00 | $482.00 | $406.00 | 305 | 485 |
| 2011 | **Epstein Becker & Green** | New York | $850.00 | $350.00 | $550.00 | $195.00 | $341.00 | $519.00 | $428.00 | 325 | 500 |
| 2011 | **Fitzpatrick, Cella, Harper & Scinto** | New York | $730.00 | $460.00 | $440.00 | $275.00 | | | | 325 | 525 |
| 2011 | **Ford & Harrison** | Atlanta | | | | | | | | | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

Exhibit A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | **Fox Rothschild** | Philadelphia | $725.00 | $325.00 | $455.00 | $190.00 | $297.00 | $486.00 | $413.00 | 295 | 483 |
| 2011 | **Frost Brown Todd** | Cincinnati | $515.00 | $205.00 | $265.00 | $150.00 | $200.00 | $340.00 | $296.00 | 200 | 340 |
| 2011 | **Gardere Wynne Sewell** | Dallas | $815.00 | $380.00 | $500.00 | $225.00 | $325.00 | $550.00 | $435.00 | 320 | 550 |
| 2011 | **Gibbons** | Newark | $725.00 | $400.00 | $475.00 | $285.00 | $380.00 | $562.00 | $505.00 | 320 | 505 |
| 2011 | **Harris Beach** | Rochester | $390.00 | $275.00 | $260.00 | $160.00 | | | | | |
| 2011 | **Hiscock & Barclay** | Syracuse | $750.00 | $195.00 | $350.00 | $150.00 | $207.00 | $304.00 | $269.00 | 195 | 265 |
| 2011 | **Hodgson Russ** | Buffalo | $685.00 | $240.00 | $420.00 | $180.00 | $234.00 | $378.00 | | 225 | 360 |
| 2011 | **Holland & Knight** | Washington | $895.00 | $300.00 | $495.00 | $175.00 | $295.00 | $530.00 | $445.00 | 290 | 520 |
| 2011 | **Hughes Hubbard & Reed** | New York | $990.00 | $625.00 | $695.00 | $270.00 | $533.00 | $828.00 | $633.00 | 540 | 800 |
| 2011 | **Hunton & Williams** | Richmond | | | | | | | | | |
| 2011 | **Husch Blackwell** | St. Louis | $850.00 | $225.00 | $425.00 | $175.00 | $226.00 | $395.00 | $341.00 | 210 | 390 |
| 2011 | **Jackson Kelly** | Charleston, WV | $505.00 | $255.00 | $260.00 | $155.00 | $208.00 | $319.00 | $275.00 | 205 | 325 |
| 2011 | **Jackson Lewis** | White Plains | | | | | | | | | |
| 2011 | **Kaye Scholer** | New York | $1080.00 | $685.00 | $705.00 | $310.00 | $519.00 | $831.00 | $661.00 | 525 | 835 |
| 2011 | **Kelley Drye & Warren** | New York | $925.00 | $480.00 | $595.00 | $275.00 | $425.00 | $634.00 | $474.00 | 420 | 645 |
| 2011 | **Knobbe Martens Olson & Bear** | Irvine | $735.00 | $415.00 | $495.00 | $295.00 | $346.00 | $525.00 | $439.00 | 345 | 500 |
| 2011 | **Lane Powell** | Seattle | $645.00 | $340.00 | $360.00 | $225.00 | $295.00 | $460.00 | $405.00 | 285 | 450 |
| 2011 | **Latham & Watkins** | New York | | | | | | | | | |
| 2011 | **Lathrop & Gage** | Kansas City, MO | $735.00 | $275.00 | $410.00 | $205.00 | $246.00 | $390.00 | $337.00 | 245 | 390 |
| 2011 | **Lewis, Rice & Fingersh** | St. Louis | $470.00 | $270.00 | $320.00 | $150.00 | | | $275.00 | | |
| 2011 | **Lowenstein Sandler** | Roseland, NJ | $895.00 | $435.00 | $660.00 | $250.00 | $400.00 | $613.00 | $478.00 | 390 | 595 |
| 2011 | **Manatt, Phelps & Phillips** | Los Angeles | $850.00 | $540.00 | $550.00 | $215.00 | $464.00 | $676.00 | $602.00 | 500 | 670 |
| 2011 | **McElroy, Deutsch, Mulvaney &** | Morristown, NJ | $575.00 | $295.00 | $325.00 | $185.00 | $250.00 | $350.00 | $245.00 | 235 | 375 |
| 2011 | **McKenna Long & Aldridge** | Atlanta | $800.00 | $405.00 | $510.00 | $215.00 | $374.00 | $562.00 | $472.00 | 375 | 540 |
| 2011 | **Michael Best & Friedrich** | Milwaukee | $650.00 | $245.00 | $310.00 | $205.00 | $241.00 | $413.00 | $321.00 | | |
| 2011 | **Miller & Martin** | Chattanooga | $610.00 | $240.00 | $275.00 | $185.00 | $215.00 | $369.00 | $313.00 | 215 | 375 |
| 2011 | **Nelson Mullins Riley & Scarborough** | Columbia, SC | $850.00 | $220.00 | $350.00 | $170.00 | $255.00 | $412.00 | $318.00 | 250 | 400 |
| 2011 | **Nexsen Pruet** | Columbia, SC | $550.00 | $235.00 | $265.00 | $170.00 | | | | | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

Exhibit A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | **Orrick, Herrington & Sutcliffe** | San Francisco | | | | | | | | | |
| 2011 | **Patton Boggs** | Washington | $990.00 | $410.00 | $570.00 | $240.00 | $410.00 | $659.00 | $546.00 | 415 | 645 |
| 2011 | **Pepper Hamilton** | Philadelphia | $825.00 | $380.00 | $460.00 | $235.00 | $344.00 | $557.00 | | | |
| 2011 | **Perkins Coie** | Seattle | $875.00 | $285.00 | $590.00 | $215.00 | $368.00 | $550.00 | $462.00 | | 545 |
| 2011 | **Phelps Dunbar** | New Orleans | $465.00 | $190.00 | $245.00 | $150.00 | $189.00 | $281.00 | $236.00 | 190 | 275 |
| 2011 | **Polsinelli Shughart** | Kansas City, MO | $630.00 | $275.00 | $335.00 | $205.00 | | | | | |
| 2011 | **Reed Smith** | Pittsburgh | | | | | | | | | |
| 2011 | **Saul Ewing** | Philadelphia | $750.00 | $350.00 | $495.00 | $245.00 | $326.00 | $502.00 | $431.00 | 300 | 490 |
| 2011 | **Schulte Roth & Zabel** | New York | $935.00 | $770.00 | $675.00 | $285.00 | $608.00 | $846.00 | $615.00 | 580 | 840 |
| 2011 | **Sedgwick, Detert, Moran & Arnold** | San Francisco | | | | | | | | | |
| 2011 | **Seyfarth Shaw** | Chicago | $790.00 | $355.00 | $505.00 | $225.00 | $341.00 | $528.00 | $437.00 | 340 | 525 |
| 2011 | **Sheppard, Mullin, Richter & Hampton** | Los Angeles | $860.00 | $505.00 | $635.00 | $275.00 | | | | | |
| 2011 | **Shumaker, Loop & Kendrick** | Toledo | $555.00 | $265.00 | $320.00 | $195.00 | $252.00 | $364.00 | $345.00 | 250 | 375 |
| 2011 | **Steptoe & Johnson LLP** | Washington | | | | | | | | | |
| 2011 | **Stoel Rives** | Portland, OR | $625.00 | $320.00 | $500.00 | $195.00 | $292.00 | $451.00 | $385.00 | 275 | 450 |
| 2011 | **Strasburger & Price** | Dallas | $630.00 | $211.00 | $332.00 | $199.00 | $250.00 | $395.00 | $363.00 | 238 | 397 |
| 2011 | **Thompson & Knight** | Dallas | $875.00 | $440.00 | $460.00 | $250.00 | $358.00 | $594.00 | $520.00 | 350 | 585 |
| 2011 | **Thompson Coburn** | St. Louis | $750.00 | $315.00 | $445.00 | $195.00 | | | | | |
| 2011 | **Ulmer & Berne** | Cleveland | $585.00 | $280.00 | $390.00 | $200.00 | $260.00 | $405.00 | $316.00 | | |
| 2011 | **Vedder Price** | Chicago | $735.00 | $295.00 | $520.00 | $265.00 | $345.00 | $500.00 | $445.00 | 335 | 490 |
| 2011 | **White and Williams** | Philadelphia | | | | | | | | | |
| 2011 | **Wiley Rein** | Washington | | | | | | | | | |
| 2011 | **Wilmer Cutler Pickering Hale and Dorr** | Washington | | | | | | | | | |
| 2011 | **Winstead** | Dallas | $680.00 | $365.00 | $410.00 | $215.00 | $301.00 | $477.00 | $406.00 | | |
| 2011 | **Winston & Strawn** | Chicago | $1130.00 | $580.00 | $600.00 | $350.00 | $434.00 | $713.00 | $557.00 | 413 | 700 |
| 2011 | **Wyatt, Tarrant & Combs** | Louisville | $500.00 | $240.00 | $275.00 | $180.00 | $220.00 | $325.00 | $312.00 | 235 | 375 |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

888-780-5647
www.alm.com
Exhibit A

| Firmwide Billing Rate Med | Annual billable hours requirement | Variation on the billable hour | Percentage of your firm's revenue is obtained through variations on the billable hour (%) | Firm Billing Alternatives | Percentage of your firm's revenue is obtained via alternative billing (%) | NLJ Billing Source | Notes |
|---|---|---|---|---|---|---|---|
| | | | 78 | | 10 | National Law Journal, December 19, 2011 | |
| 310 | | | 5 | | 20 | National Law Journal, December 19, 2011 | |
| 360 | | | 25 | | 7 | National Law Journal, December 19, 2011 | |
| | | | 5 | | 5 | National Law Journal, December 19, 2011 | |
| | | | 90 | | | National Law Journal, December 19, 2011 | |
| 350 | | | | | | National Law Journal, December 19, 2011 | |
| 460 | | | | | 20 | National Law Journal, December 19, 2011 | |
| | | | 24 | | 8 | National Law Journal, December 19, 2011 | |
| | | | 27 | | 25 | National Law Journal, December 19, 2011 | |
| 400 | | | | | | National Law Journal, December 19, 2011 | |
| 410 | | | | | 21 | National Law Journal, December 19, 2011 | |
| 450 | | | 46 | | 7 | National Law Journal, December 19, 2011 | |
| | | | | | | National Law Journal, December 19, 2011 | |
| 550 | | | | | | National Law Journal, December 19, 2011 | |
| 295 | | | 49 | | 5 | National Law Journal, December 19, 2011 | |
| 615 | | | 95 | | 4 | National Law Journal, December 19, 2011 | |
| 405 | | | 5 | | 5 | National Law Journal, December 19, 2011 | |
| 500 | | | 5 | | 6 | National Law Journal, December 19, 2011 | |
| 400 | | | 84 | | | National Law Journal, December 19, 2011 | |
| 425 | | | | | | National Law Journal, December 19, 2011 | |
| | | | | | | National Law Journal, December 19, 2011 | |
| | | | 24 | | 9 | National Law Journal, December 19, 2011 | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**




Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 420 | | | | | | National Law Journal, December 19, 2011 | |
| 295 | | | 74 | | 3 | National Law Journal, December 19, 2011 | |
| 450 | | | 15 | | 5 | National Law Journal, December 19, 2011 | |
| 450 | | | 20 | | 10 | National Law Journal, December 19, 2011 | |
| | | | | | | National Law Journal, December 19, 2011 | |
| 240 | | | 46 | | 21 | National Law Journal, December 19, 2011 | |
| | | | 22 | | 4 | National Law Journal, December 19, 2011 | |
| 455 | | | | | 9 | National Law Journal, December 19, 2011 | |
| 615 | | | | | | National Law Journal, December 19, 2011 | |
| | | | 12 | | 7 | National Law Journal, December 19, 2011 | |
| 340 | | | 95 | | 5 | National Law Journal, December 19, 2011 | |
| 275 | | | | | | National Law Journal, December 19, 2011 | |
| | | | 95 | | 13 | National Law Journal, December 19, 2011 | |
| 665 | | | | | 20 | National Law Journal, December 19, 2011 | |
| 400 | | | | | | National Law Journal, December 19, 2011 | |
| 415 | | | | | | National Law Journal, December 19, 2011 | |
| 425 | | | 50 | | 10 | National Law Journal, December 19, 2011 | |
| | | | | | 3 | National Law Journal, December 19, 2011 | |
| 340 | | | 80 | | 10 | National Law Journal, December 19, 2011 | |
| | | | | | | National Law Journal, December 19, 2011 | |
| 480 | | | | | | National Law Journal, December 19, 2011 | |
| 620 | | | 82 | | 12 | National Law Journal, December 19, 2011 | |
| 275 | | | 15 | | 10 | National Law Journal, December 19, 2011 | |
| 455 | | | 20 | | 15 | National Law Journal, December 19, 2011 | |
| 310 | | | | | | National Law Journal, December 19, 2011 | |
| 325 | | | 10 | | 5 | National Law Journal, December 19, 2011 | |
| 310 | | | 5 | | 5 | National Law Journal, December 19, 2011 | |
| | | | 10 | | | National Law Journal, December 19, 2011 | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

888-780-5647
**www.alm.com**

Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 30 | National Law Journal, December 19, 2011 | |
| 540 | | | 15 | | 15 | National Law Journal, December 19, 2011 | |
| | | | 10 | | 17 | National Law Journal, December 19, 2011 | |
| | | | | | | National Law Journal, December 19, 2011 | |
| 225 | | | 2 | | 2 | National Law Journal, December 19, 2011 | |
| | | | 15 | | 15 | National Law Journal, December 19, 2011 | |
| | | | 5 | | 10 | National Law Journal, December 19, 2011 | |
| 450 | | | 40 | | 5 | National Law Journal, December 19, 2011 | |
| 630 | | | | | | National Law Journal, December 19, 2011 | |
| | | | 16 | | 1 | National Law Journal, December 19, 2011 | |
| 425 | | | 83 | | 17 | National Law Journal, December 19, 2011 | |
| | | | 15 | | 15 | National Law Journal, December 19, 2011 | |
| 365 | | | 10 | | 5 | National Law Journal, December 19, 2011 | |
| | | | | | 16 | National Law Journal, December 19, 2011 | |
| 395 | | | | | | National Law Journal, December 19, 2011 | |
| 362 | | | 80 | | 20 | National Law Journal, December 19, 2011 | |
| 520 | | | 30 | | 3 | National Law Journal, December 19, 2011 | |
| | | | | | | National Law Journal, December 19, 2011 | |
| | | | 45 | | 15 | National Law Journal, December 19, 2011 | |
| 445 | | | 10 | | 3 | National Law Journal, December 19, 2011 | |
| | | | | | 20 | National Law Journal, December 19, 2011 | |
| | | | 35 | | 4 | National Law Journal, December 19, 2011 | |
| | | | 50 | | 15 | National Law Journal, December 19, 2011 | |
| | | | 10 | | 3 | National Law Journal, December 19, 2011 | |
| 550 | | | | | | National Law Journal, December 19, 2011 | |
| 350 | | | 30 | | 10 | National Law Journal, December 19, 2011 | |

**Copyright 2011 ALM Media properties, LLC. All rights reserved.**

888-780-5647
**www.alm.com**

Exhibit A

Copyright 2011 ALM Media properties, LLC. All rights reserved.
10

888-780-5647
www.alm.com

Exhibit A