# PLAINTIFF'S EXHIBIT B-1

Experts From Deposition of Daniel Gervais (January 21, 2014)

_____

*In The Case Of*

*Carrie Couser, Individually and On Behalf of All Others Similarly Situated*
*v.*
*Comenity Bank*

*12-CV-02482-MMA-BGS*

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, SUITE D1, COSTA MESA, CALIFORNIA 92626**
**(800) 400-6808**

Exhibit B-1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF
 3                    CALIFORNIA
 4    ----------------------------------
 5    CARRIE COUSER, INDIVIDUALLY AND ON
 6    BEHALF OF ALL OTHERS SIMILARLY
 7    SITUATED,
 8              Plaintiffs, Case No.  3:12-CV-02484
 9       vs.                          MMA-BGS
10    COMENITY BANK,
11              Defendant.
12    ----------------------------------
13
14                   Deposition of
15                  DANIEL GERVAIS
16                January 21, 2014
17                   11:05 a.m.
18         41 South High Street, Suite 210
19                  Columbus, Ohio
20    Reported by:
21    Kimberly A. Kaz, RPR, Notary Public
22
23
24
25    PAGES 1 - 56
```

Page 1

```
 1        A.    Yes.
 2        Q.    And you can obviously, like, if
 3   they call in, you could ask -- you sometimes
 4   ask orally whether you can use a dialer, right?
 5        A.    Yes.                                    11:50:06
 6        Q.    And also, on top of that, you have
 7   language in your contract?
 8        A.    Yes.
 9        Q.    Okay.  And you believe there's an
10   arbitration clause as well?                        11:50:11
11        A.    I'm informed, yes.
12        Q.    Okay.  But you've actually seen the
13   language regarding dialer, but you haven't seen
14   the language regarding the arbitration?
15        A.    Yes, sir.                               11:50:23
16        Q.    Okay.  But, obviously, the third
17   parties -- you know, we're talking about
18   references or, like, a secondary number or
19   something, it's usually the applicant that puts
20   that number down, not the third party              11:50:37
21   themselves, correct?
22        A.    Correct.
23        Q.    And just to firm this up, we have
24   no data from September 2012 going back,
25   correct?                                           11:50:58
```

Page 45