# PLAINTIFF'S EXHIBIT B-2

Experts From Deposition of Daniel Gervais (August 21, 2014)

_____

*In The Case Of*

*Carrie Couser, Individually and On Behalf of All Others Similarly Situated*
*v.*
*Comenity Bank*

*12-CV-02482-MMA-BGS*

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, SUITE D1, COSTA MESA, CALIFORNIA 92626**
**(800) 400-6808**

Exhibit B-2

```
 1         IN THE UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3
 4    CARRIE COUSER, INDIVIDUALLY
 5    AND ON BEHALF OF ALL OTHERS
 6    SIMILARLY SITUATED,
 7              Plaintiffs,
 8         vs.                    Case No.
 9    COMENITY BANK,              3:12-CV-02484-MMA-BGS
10              Defendant.        VOLUME II
11    _____
12
13
14
15       Continued Deposition of DANIEL GERVAIS,
16       taken at 41 South High Street, Columbus,
17       Ohio, commencing at 10:04 a.m., Thursday,
18       August 21, 2014, before Rebecca Williams,
19       RPR, Notary Public.
20
21
22
23
24    JOB No. 1885285
25    PAGES 57 - 93
```

Page 57

```
 1                I remember last time in your
 2    deposition, you said you actually work for
 3    Alliance Data; is that correct?
 4         A.     Yes.
 5         Q.     Which is the parent company of          10:09:59
 6    Comenity?
 7         A.     Yes.
 8         Q.     And is that still your employer?
 9         A.     Yes.
10         Q.     Okay.  Now, your job title, is it       10:10:04
11    still the same as when you testified in
12    January?
13         A.     Slightly different.
14         Q.     Okay.
15         A.     It's -- it was strategy analytics       10:10:15
16    manager.  It's now senior strategy analytics
17    manager.
18         Q.     Congratulations.  You got a
19    promotion?
20         A.     Yes.                                    10:10:24
21         Q.     So are there any job duties that
22    are different than what you already described
23    in January?
24         A.     No.
25         Q.     You just have a better title?           10:10:29
```

Page 68

```
 1         A.   Yes.
 2         Q.   I like it.  Not that it's any of my
 3   business, I hope you're getting compensated
 4   better too.
 5              So that all said and done, are          10:10:40
 6   there anything -- is there anything that's
 7   changed, as far as your job duties or your job
 8   title, as to what we went over in January?
 9         A.   No.
10         Q.   Okay.  Your educational background,     10:10:51
11   has anything changed since January?
12         A.   No.
13         Q.   You haven't enrolled in a Ph.D.
14   program or anything?
15         A.   No, sir.                                10:10:58
16         Q.   So we're done with that, too.
17              MR. KAZEROUNIAN:  So that we are
18   clear, Mr. Kaminski, we can rely on the prior
19   testimony from the January transcript on those
20   background questions?                              10:11:07
21              MR. KAMINSKI:  Yes.
22              MR. KAZEROUNIAN:  Okay.
23         Q.   Now, one thing that I just wanted
24   to clarify, before we get into the nitty-gritty
25   of today's deposition, is that you testified in   10:11:20
```

Page 69

```
 1    January that the only time a dialer is used to
 2    make calls, for at least the period of time
 3    that we're concerned with, which is from August
 4    of 2010 until May -- end of May of 2014, for
 5    collection purposes and on very few                    10:11:38
 6    circumstances for, like, you know, emergencies,
 7    like fraud or like in breaches of security,
 8    correct?
 9          A.    Correct.
10          Q.    There's no other reason -- nothing         10:11:47
11    has changed as to the reason of using a dialer?
12          A.    Nothing has changed.
13          Q.    Okay.  Now, since we met each other
14    last in January, Mr. Kaminski and I have been
15    negotiating, and the class definition has              10:12:01
16    slightly changed.  Are you aware of the new
17    class definition?
18          A.    Can you -- in terms of dates or in
19    terms of --
20          Q.    Well, actually, really what I was          10:12:12
21    getting at is the dates.  The period of time in
22    question.  Are you aware of that?
23          A.    Yes, sir.
24          Q.    And what do you believe it is?
25          A.    August of 2010 to May 26, 2014.            10:12:21
```

```
 1   it impossible for the dialer to pick up anyone
 2   to put into the dialer with the telephone
 3   number that's been coded "Do not call"?
 4          A.   Correct.
 5          Q.   And with what degree of certainty      10:46:10
 6   does that work?
 7               MR. KAMINSKI:  Objection; calls for
 8   speculation; vague and ambiguous.
 9          Q.   I mean, is it more than ninety-five
10   percent accurate?                                  10:46:20
11          A.   Yes, sir.
12          Q.   More than ninety-nine percent?
13          A.   Yes, sir.
14          Q.   Okay.  Now, we discussed
15   arbitration in the last deposition in January.    10:46:33
16   A lot of the accountholders have arbitration
17   agreements, correct?
18          A.   Yes, sir.
19          Q.   Now, this 4.3 million people --
20   now, if -- I talked to your counsel previously.   10:46:53
21   I think there is actually a specific number --
22   precise number of people, I think, 4,322,812.
23   I'm not expecting you to confirm or deny that,
24   because, obviously, off the top of your head,
25   you probably don't, but there is a specific       10:47:10
```

Page 87