# PLAINTIFF'S EXHIBIT D

Letter From Class Member Chairman Alicer Abrazado Changing
Objection To Settlement To A Request For Exclusion

_____

*In The Case Of*

***Carrie Couser, Individually and On Behalf of All Others Similarly
Situated
v.
Comenity Bank***

***12-CV-02482-MMA-BGS***

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, SUITE D1, COSTA MESA, CALIFORNIA 92626**
**(800) 400-6808**

Exhibit D

Charmain Alicer Abrazado
43437 Fremont Boulevard
Fremont, CA 94538-6035

January 7, 2015

Joshua B. Swigart
**HYDE & SWIGART**
2221 Camino del Rio South, Ste. 101
San Diego, CA 92108

*Re: Couser v. Comenity Bank; TCPA Settlement*

Dear Mr. Swigart:

After discussing this matter further with your co-counsel, Abbas Kazerounian, during and after my deposition, I am requesting my objection be withdrawn and that I be allowed to opt out of the settlement.  Please file this document with the court on my behalf.

Sincerely,

Charmain Alicer Abrazado

EXHIBIT 3
WIT: _____
DATE: _____
STACEY DIODATI, CSR #11925

Exhibit D