KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMENITY BANK,<br><br>Defendant. | Case No.: 12-CV-02484-MMA-BGS<br><br>**DECLARATION OF CARRIE COUSER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>**Date**: April 20, 2015<br>**Time**: 2:30 p.m.<br>**Place**: Courtroom 3A<br>**Judge**: Hon. Michael M. Anello |

DECLARATION OF CARRIE COUSER IN SUPPORT OF FEE BRIEF
CASE NO. 12-CV-02484-MMA-BGS

## DECLARATION OF CARRIE COUSER

I, CARRIE COUSER, declare:

1. I am the named Plaintiff in this above-captioned class action against defendant COMENITY BANK (the "Defendant").

2. I am filing this declaration in support of Plaintiff's Motion For Attorneys' Fees, Costs, and Incentive Award.

3. I, through my counsel, commenced this action on October 12, 2012 by filing a putative class action complaint asserting causes of action for: (1) negligent violation of Section 227(b)(3)(B) of the Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227 et seq., and (2) willful violation of Section 227(b)(3)(B) of the TCPA (the "Complaint").

4. I have participated throughout this litigation with the belief that I was helping all other persons similarly situated to me. Before filing the Complaint, I met with my attorneys for the initial consultation, participated in calls regarding fact-finding efforts with my attorneys, made myself available telephonically during the three days of mediation which followed, submitted a declaration in support of preliminary approval of class action settlement, and now submit this declaration in support of the motion or attorneys' fees, costs and incentive award.

5. I have reviewed the Settlement Agreement that followed the mediation and have discussed the settlement with my counsel. I believe the settlement is fair, reasonable, and provides excellent benefits to the Class.

6. I support Class Counsel's request for attorneys' fees and costs to compensate them for their contingency based representation and substantial outlaying of time and expenses. I also respectfully request an incentive payment of $1,500 to compensate me for my time and effort in litigating this action and bringing it to the current posture. I understand that my request for an incentive payment of $1,500 requires approval by the Court.

1  I declare under penalty of perjury under the laws of California and the
2  United States of America that the foregoing is true and correct, and that this
3  declaration was executed on December 22, 2014.

*[Signature]*
Carrie Couser