KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARRIE COUSER, individually and on behalf of all other similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**COMENITY BANK,**<br><br>Defendant. | Case No.: 12-CV-02484-MMA-BGS<br><br>**DECLARATION OF CLINTON ROONEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>**Date**: April 20, 2015<br>**Time**: 2:30 p.m.<br>**Place**: Courtroom 3A<br>**Judge**: Hon. Michael M. Anello |

**DECLARATION OF CLINTON ROONEY**
**CASE NO. 12-CV-02484-MMA-BGS**

## DECLARATION OF CLINTON ROONEY

I, CLINTON ROONEY, declare:

1. I regularly practice before the United States District Court for the Southern District of California, and I am familiar with the hourly rates charged by attorneys who practice in this Court.

2. I have been licensed to practice law in the State of California for over ten years. A large part of my practice focuses on consumer related issues and litigation. These cases include both individual as well as complex actions.

3. I have known attorneys Joshua B. Swigart and Abbas Kazerounian for several years, and I am also familiar with their legal work, as they and I have similar consumer law practices and practice in this federal district.

4. The hourly rate in the United States District Court for the Southern District of California for an attorney with Mr. Swigart's experience and expertise in consumer class action litigation would be in the rage of $595.00 per hour for complex litigation. Therefore, $595.00 per hour, in my opinion, is a reasonable hourly rate and appropriate for Mr. Swigart.

5. The hourly rate in the United States District Court for the Southern District of California for an attorney with Mr. Kazerounian's experience and expertise in consumer class action litigation would be in the range of $560.00 per hour in this type of complex litigation. Therefore, $560.00 per hour, in my opinion, is a reasonable hourly rate and appropriate for Mr. Kazerounian.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January ___, 2015, pursuant to the laws of the United States and the State of California, at San Diego, California.

By: _____

CLINTON ROONEY

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

DECLARATION OF CLINTON ROONEY                    1
CASE NO. 12-CV-02484-MMA-BGS