Hoesch & Vander Ploeg, P.L.C.
Scott Mancinelli (SBN 171858)
scottm@hvplaw.com
156 West Washington Avenue
Zeeland, MI 49464
616-772-5221

Attorney for: Class Member Amy O'Keefe

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> COMENITY BANK, <br><br> Defendant. | Case No.: 12-CV-02484-MMA-BGS <br> Judge: Hon. Michael M. Anello <br><br> NOTICE OF CLASS MEMBER AMY O'KEEFE'S JOINDER IN THE OBJECTIONS TO PROPOSED CLASS ACTION SETTLEMENT (Dkt. 71) FILED BY CLASS MEMBER ANNE L. CARD |

Class Member Amy O'Keefe, by and through her attorneys of record, Hoesch & Vander Ploeg, P.L.C, hereby joins in the Objections to Proposed Class Action Settlement (Dkt. 71) filed by Class Member Anne L. Card.

                                                                              Respectfully submitted,

                                                                              HOESCH & VANDER PLOEG, P.L.C.

Dated: February 17, 2015                     By: /s/ Scott Mancinelli
                                                                         Scott Mancinelli (SBN 171858)
                                                                              Attorney for Class Member
                                                                              Amy O'Keefe