HOESCH & VANDER PLOEG, P.L.C.
Scott Mancinelli (SBN 171858)
lawmance@live.com
scottm@hvplaw.com
156 West Washington Avenue
Zeeland, MI 49464
616-772-5221
616-772-1181

Attorney for: Class Member Amy O'Keefe

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> v. <br><br> COMENITY BANK, <br><br> DEFENDANT. | CASE No.: 12-CV-02484-MMA-BGS <br><br> JUDGE: Hon. Michael M. Anello <br><br> **OBJECTOR AMY O'KEEFE'S AMENDED NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS ACTION SETTLEMENT** |

Objector Amy O'Keefe, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 23(e)(5), moves this Court to approve the withdrawal of her objection (Document No. 70) and her joinder in the objection of Anne L. Card (Document No. 71) based on the following facts:

1. Amy O'Keefe made the objections in good faith based on the information in the notice of settlement.

Objector Amy O'Keefe's Amended Notice of Withdrawal
of Objection to Class Action Settlement            12-CV-02484-MMA-BGS

//
//

2. Counsel for Objector/movant has conferred with Class Counsel and Counsel for Defendant Comenity Bank regarding the settlement and withdrawal of the objections.

3. On March 2, 2015, Objector/movant Amy O'Keefe and Defendant Comenity Bank participated in a mediation session before the Honorable Herbert B. Hoffman.

4. Counsel for Objector/movant engaged in the mediation in order to investigate the subject matter of the objections. As a result of such mediation, Objector/movant Amy O'Keefe has agreed to withdraw her objections and Defendant Comenity Bank has agreed to allow Objector/movant Amy O'Keefe to opt out and be excluded from the above-entitled action and the proposed class action settlement.

5. Concurrently with the approval of Objector/movant Amy O'Keefe's withdrawal of her objections, Objector/movant Amy O'Keefe will submit to the Claims Administrator a written Notice of Election to be Excluded from the above-entitled action and the proposed class action settlement.

6. The agreement reached at mediation resulted from good faith arm's length settlement negotiations and reflects a negotiated compromise executed for the purpose of resolving the dispute between the Parties, and is not intended and may not be construed as an admission of any fact, claim or defense asserted in the above-entitled action.

7. Therefore, Amy O'Keefe withdraws her objections to the settlement in this matter and requests Court approval for the withdrawal of his objections

Objector Amy O'Keefe's Notice of Withdrawal
of Objection to Class Action Settlement                    12-CV-02484-MMA-BGS

//

//

Respectfully Submitted,

HOESCH & VANDER PLOEG, P.L.C.

Dated: March 13, 2015          By:     s/ Scott Mancinelli
                                SCOTT MANCINELLI (SBN 171858)
                                Attorney for Class Member Amy O'Keefe
                                Email:  lawmance@live.com