**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

Attorneys for the Plaintiff and Proposed Settlement Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFF,<br><br>V.<br><br>COMENITY BANK,<br><br>DEFENDANT. | Case No.: 12-cv-02484-MMA-BGS<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** April 20, 2015<br>**Time:** 2:30 p.m.<br>**Place:** 3A<br>**Judge:** Hon. Michael M. Anello |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff, Carrie Couser ("Plaintiff"), in the action entitled *Carrie Couser, Individually and Behalf of All Others Similarly Situated v. Comenity Bank, et al,* 12-cv-02484-MMA (BGS), pending in the United States District Court for the Southern District of California, file this Notice of Motion and Motion for Final Approval of Class Action Settlement.

Pursuant to Fed. R. Civ. P. 23, Plaintiff in this action request that the Court grant final approval of the parties' Class Action Settlement and enter the Final Judgment and Order of Dismissal With Prejudice submitted with this motion.

Plaintiffs will move for Final Approval of Class Action Settlement on April 20, 2015 at 2:30 p.m. before the Hon. Michael M. Anello in Courtroom 3A of the United State District Court located at 221 West Broadway, San Diego, California.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing, including Plaintiff's request for attorneys' fees, costs and incentive payment.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: March 20, 2015        By:/s/ Abbas Kazerounian, Esq.
                                    Abbas Kazerounian
                                    *Attorney for Plaintiff*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff*

**Kazerouni Law Group, APC**
Costa Mesa, California

1. **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
2. Todd M. Friedman, Esq. (SBN: 216752)
3. tfriedman@attorneysforconsumers.com
4. 324 S. Beverly Dr., #725
   Beverly Hills, CA 90212
5. Telephone: (877) 206-4741
6. Facsimile: (866) 633-0228
   *Attorneys for Plaintiff*