# EXHIBIT G

*Excerpts of the transcript for the final approval hearing in Barani v. Wells Fargo Bank, N.A., 12-cv-02999-GPC-KSC (S.D. Cal. Mar. 6, 2015).*

*In The Case Of*

*Carrie Couser, Individually and on Behalf of All Others Similarly Situated,*

*v.*

*Comenity Bank*

*3:12-cv-02484-MMA-BGS*

```
 1                    UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   REZA BARANI, INDIVIDUALLY AND  .
     ON BEHALF OF ALL OTHERS        .
 5   SIMILARLY SITUATED,            .
                                    . Docket
 6              Plaintiffs,         . No. 12-cv-2999-GPC-KSC
                                    .
 7              v.                  . March 6, 2015
                                    . 1:37 p.m.
 8   WELLS FARGO BANK, N.A.,        .
                                    .
 9              Defendant.          . San Diego, California
     . . . . . . . . . . . . . . . .
10
          TRANSCRIPT OF FINAL APPROVAL HEARING/FAIRNESS HEARING
11               BEFORE THE HONORABLE GONZALO P. CURIEL
                     UNITED STATES DISTRICT JUDGE
12

13                      A-P-P-E-A-R-A-N-C-E-S

14   For the Plaintiffs:
                              Hyde & Swigart
15                            2221 Camino Del Rio South, Suite 101
                              San Diego, California 92108
16                            By:  JOSHUA B. SWIGART, ESQ.
                              - AND -
17                            Kazerouni Law Group, APC
                              245 Fischer Avenue, Suite D1
18                            Costa Mesa, California 92626
                              By:  ABBAS KAZEROUNIAN, ESQ.
19
     For the Defendant:
20                            Severson & Werson
                              19100 Von Karman Avenue, 7th Floor
21                            Irvine, California 92612
                              By:  ERIC J. TROUTMAN, ESQ.
22
     Court Reporter:          Chari L. Possell, RPR, CRR
23                            USDC Clerk's Office
                              333 West Broadway, Suite 420
24                            San Diego, California 92101
                              chari_possell@casd.uscourts.gov
25   Reported by Stenotype, Transcribed by Computer
```

```
 1  always inherent risks in class actions as far as certifying the
 2  class, avoiding decertification, having the Appellate Court
 3  conclude that the certification was appropriate, and so it is
 4  in this case.  There are -- there would have been risks of
 5  maintaining the class action through trial.
 6       The Court also is relying upon the experience and the
 7  views of counsel in this determination.  All of the attorneys
 8  for the plaintiffs are very seasoned, between the Kazerouni Law
 9  Group and Hyde & Swigart, in handling not only class actions
10  but specifically class actions under the TCPA.
11       If this case were to proceed to trial, undoubtedly there
12  would be delays.  There would be expense, both at the trial
13  stage, post trial, with respect to post-trial motions and then
14  again on appeal.
15       So for all those reasons, the Court concludes that this
16  settlement is fair to all the party members.  It's reasonable
17  given the countervailing factors identified.
18       So I am prepared to approve the proposed settlement and
19  order payment from the settlement proceeds to the claimants'
20  claims administrator in compliance with the Court's preliminary
21  approval order and modified approval order, the agreement and
22  the amended agreement.
23       The Court will grant the motion for attorney's fees and
24  costs and incentive payment.  The Court finds that the attorney
25  fees requested, a little bit less than 25 percent -- it's
```