# EXHIBIT D

**KCC Class Action Services**
**Couser v. Comenity Bank**
**Exclusion Report**
**3/17/15**



**Count:** 167

| Claim ID | Last Name | First Name |
|---|---|---|
| 10016421301 | ABRAZADO | CHARMAIN |
| 10073598801 | ALLEY | AGNES |
| 10104815401 | ANDERSON | NANCY |
| 90000034001 | ANDREWS | JENICE |
| 10124750301 | ARANGO | GABRIELA |
| 10125330801 | ARAUJO | SUSY |
| 10133641001 | ARLEO | CHRISTEN |
| 10173159001 | BACHARA | TERESA |
| 10173299501 | BACHIER | FRANCESHA |
| 10179915901 | BAILEY | BONITA |
| 10212132101 | BARIL | MIREILLE |
| 10218117201 | BARNES | SUSIE |
| 10246592701 | BAXTER | DANIELLE |
| 10322581001 | BLACK | DORATHY |
| 10384352801 | BOYER | ANGELA |
| 10392263501 | BRADSHAW | MELISSA |
| 10411428901 | BRICKER | LOUISE |
| 10416390201 | BRINKMAN | AMANDA |
| 10444679101 | BROWN | MELISSA |
| 10464429101 | BUCHANAN | DORA |
| 10483878401 | BURKETT | ANGELA |
| 10486995101 | BURNETTE | LEONA |
| 10487084901 | BURNETTE | SUE |
| 10551584001 | CARD | ANNE |
| 10555993301 | CARGAL | BRETT |
| 90000014401 | CARIAS | MICHELLE |
| 10556201401 | CARIAS | ROSA |
| 10603434001 | CATTANI | CASSANDRA |
| 10619422701 | CHAMBERS | WENDY |
| 10626059501 | CHAPMAN | MARGARET |
| 10637359601 | CHEEK | KIMBERLY |
| 10709103301 | COLLOTON | DEBORAH |
| 10738318401 | COPE | AMIE |
| 10762394801 | COURVIER | RITA |
| 10783527701 | CRIST | BONNIE |
| 10826525001 | DANA | AMY |
| 10830553301 | DANIELS | KATHIE |
| 10864948901 | DE GUZMAN | VANESSA |
| 10867167701 | DE MATOS | DIANE |
| 10880216401 | DEINES | SHIRLEY |
| 10965919301 | DOUGLAS | SARAH |
| 10970214101 | DOXEY | CATHY |

| | | |
|---|---|---|
| 10974380501 | DREHMEL | CLAIRE |
| 10984470101 | DUFFY | MEGAN |
| 11051828701 | EPP | KIMBERLY |
| 11056092901 | ERVIN | DOMINIQUE |
| 11081290601 | EYLER | LUCY |
| 11097341001 | FAUBLAS | NATASHA |
| 11137589701 | FITZGERALD | AVES |
| 11147058401 | FLOOD | LILLIAN |
| 11163160901 | FOPPIANO | ANGELA |
| 11216315401 | FURROW | SYDNEY |
| 11220793501 | GAGGI | DINA |
| 11224083501 | GALASSINI | SARA |
| 11252567201 | GARCIA | RUBEN |
| 11260770601 | GARNER | SHANNA |
| 11268300901 | GARZA | MILDRED |
| 11270743901 | GASS | DONNA |
| 11292510801 | GIAMPOCARO | TRINA |
| 11348808701 | GONZALEZ | MARY |
| 11377467901 | GRANT | LINDA |
| 11387741901 | GREEN | DANA |
| 11406419201 | GRIFFITH | TRINA |
| 11537931901 | HAYWARD JR | EDWARD |
| 90000064801 | HERBERT | ROBERT |
| 11571958101 | HERNANDEZ | BLANCA |
| 90000012001 | HERNANDEZ | YANDRA |
| 11609254301 | HILL | TRACY |
| 11610841101 | HILLMAN | TAMMY |
| 11611026001 | HILLS | JOANNE |
| 11636531601 | HOLLER | RUTH |
| 11762871201 | JENKINS | KELLEY |
| 11786343901 | JOHNSON | ELIZABETH |
| 11788052801 | JOHNSON | HEIDY |
| 11790337101 | JOHNSON | JODI |
| 11790524001 | JOHNSON | JONI |
| 11790548301 | JOHNSON | JORDEN |
| 11794855001 | JOHNSON | LUCAS |
| 11806977901 | JOHNSTON | KIMBERLY |
| 11824074201 | JONES | PAMELA |
| 11846373101 | KAHL | SANDRA |
| 11856562001 | KARNS | BRITTNEY |
| 11874713701 | KELLOGG | JUDY |
| 11920217701 | KITCHEN | DEBBIE |
| 11923427001 | KLEIN | KRISTIN |
| 11950017601 | KOVIE | MARGARET |
| 11962060101 | KRYDYNSKI | HILDA |
| 12050972601 | LENNAHAN | JANET |
| 12061301301 | LEVESQUE | KAREN |
| 12149281301 | LUNA | MARIA |
| 12202495301 | MANSFIELD | J |
| 12211264701 | MARIE | ALINE |
| 12226591901 | MARTENY | SUZETTE |

| | | |
|---|---|---|
| 12244881901 | MARTINEZ | MAGGIE |
| 12265693301 | MATISI | SUSAN |
| 12271333301 | MATUTE | GLENDA |
| 12271810001 | MAUDLIN | GABRIELE |
| 12311317901 | MCDONALD | JODY |
| 12311995901 | MCDONALD | MICHELLE |
| 12333704501 | MCKINNEY | WANDA |
| 12360237301 | MEHARRY | PEGGY |
| 12377387801 | MENGEL | ANGELA |
| 12427818801 | MIOT | MARIE |
| 90000013201 | MITCHELL | KHALIQ |
| 12450239801 | MONDRY | MAKALA |
| 12463040601 | MOON | JUDY |
| 12522523401 | MUNDO | VALERIE |
| 12635956801 | OKEEFE | AMY |
| 12674648501 | OUBRE | JOAN |
| 12679821701 | OWENS | LINDA |
| 12737636701 | PAYNE | JOYCE |
| 90000065001 | PERKINS | CELESTE |
| 12778771901 | PERSAUD | ALICIA |
| 12786929301 | PETERSON | VELVA |
| 12787570001 | PETRAE | ELIZABETH |
| 12847741601 | POTTER | ELIZABETH |
| 12874540001 | PRUSZINSKE | JEAN |
| 12897424201 | RADULOVIC | SANJA |
| 12908740301 | RAMIREZ | MARCO |
| 12975777901 | RHUEMS | AUDREY |
| 12993306501 | RIERA | FANNY |
| 13066194601 | ROGERS | LAUREN |
| 13067078901 | ROGERS | RACHEL |
| 13080200101 | RONDY | TARA |
| 13087987301 | ROSE | JILL |
| 13097490001 | ROTH | SHERIL |
| 13100831601 | ROWAN | GLORIA |
| 13109243101 | RUDNICK | KIMBERLY |
| 13117860001 | RUPP | GINA |
| 13152199801 | SAMPSON | CHERYL |
| 13217217301 | SCHUELLER | BRITTANY |
| 90000035101 | SENATUS | WADLEY |
| 13272738901 | SHELTON | AMANDA |
| 13294466201 | SIEFERT | KAY |
| 90000015601 | SIMILIEN | LUBERT |
| 13309767501 | SIMPFENDERFER | KATHY |
| 13355457001 | SMITH | MARCIA |
| 13359494401 | SMITH | PAULETTA |
| 13412986601 | STACEY | MARYLOU |
| 13422190401 | STAPLES | JENAE |
| 13440557201 | STEVENS | JOAN |
| 13484819601 | SUMMERS | MYRNA |
| 13515502201 | TARLING | ALLISON |
| 13519957801 | TAVERAS | EMMANUEL A |

| | | |
|---|---|---|
| 13530317501 | TAYLOR | TERESA |
| 13554330701 | THOMAS | JUNE |
| 13560570201 | THOMASON | ELIZABETH |
| 13598155401 | TORRES | CLAUDIA |
| 90000045401 | TRUMPS | VALERIE |
| 13651491101 | UNDERWOOD | MARYLYN |
| 13659230201 | VAJAY | MARCIA |
| 13672664101 | VANDAALWYK | NOREEN |
| 13688456801 | VASS | IONA |
| 13690376901 | VAUGHN | MARCELLA |
| 13704907901 | VERAS | DAPHINE |
| 13707592301 | VERPORTER | CORA DIXI |
| 13744398501 | WALKER | BARBARA |
| 13754979901 | WALLACE | YVONNE |
| 13758763601 | WALSTON | ANGEL |
| 13809855401 | WELSH | ROBIN |
| 13815127101 | WEST | GAIL |
| 13821820101 | WHEDBEE | DEBRA |
| 13858435701 | WILLIAMS | BARRY |
| 13910348001 | WITTENAUER | CYNTHIA |
| 13952571301 | YEATES | CELESTE |
| 13986809401 | ZITTERBART | NATALIE |
| 13988760001 | ZUBIAUR | INALVIS |