# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, *on behalf of herself and all others similarly situated*<br><br>                                    Plaintiff,<br><br>    vs.<br><br>COMENITY BANK, *et al.*<br>                                    Defendants. | Case No. 12cv2484-MMA-BGS<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING ON ISSUE OF ATTORNEYS' FEES** |

On April 20, 2015, the Court held a hearing on the final approval of class action settlement in the above-captioned case. As discussed during the hearing, the Court finds supplemental briefing on the issue of attorneys' fees is necessary before the Court can make a final ruling regarding approval of this class action settlement. On or before **_May 4, 2015_**, Plaintiff shall file a supplemental brief detailing her requested attorneys' fees under both the percentage-of-the-fund and the lodestar method. Plaintiff's supplemental brief must be supported by sufficient evidence, including a declaration of Class Counsel and itemized billing records, to enable the Court to determine the reasonableness of the requested hourly rates and numbers of hours expended on the litigation. *See, e.g., In re Bluetooth Headset Products Liab. Litig.*, 654 F.3d 935, 942–44 (9th Cir. 2011).

**IT IS SO ORDERED.**

DATED: April 20, 2015

*/s/ Michael M. Anello*
Hon. Michael M. Anello
United States District Judge